UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH STANLEY COOPER,<br><br>                    Plaintiffs,<br><br>          v.<br><br>HAPAG-LLOYD AG, et al.,<br><br>                    Defendants. | Case No.  23-cv-04739-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 8/29/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/16/2026.

DESIGNATION OF EXPERTS: 1/23/2026; REBUTTAL: 2/13/2026;
          Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/27/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 3/6/2026;
          Opp. Due: 3/20/2026; Reply Due: 3/27/2026;
          and set for hearing no later than 4/10/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  4/28/2026
PRETRIAL CONFERENCE DATE: 5/12/2026 at 1:30 PM.

JURY TRIAL DATE: 5/26/2026 at 8:30 AM.
          Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be [x] days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: May 22, 2025

SUSAN ILLSTON
United States District Judge